UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>    v.<br><br>JOSE FREDDY BARRERA, and JOSE OROZCO MARTINEZ,<br><br>           Defendants. | CASE NO. CR08-5366BHS<br><br>ORDER GRANTING STIPULATED MOTION TO EXTEND TIME TO RESPOND TO DEFENDANT BARRERA'S MOTION TO SUPPRESS AND EXTENDING DEADLINE FOR PRETRIAL MOTIONS |

      This matter comes before the Court on the United States' and Defendant Jose Freddy Barrera's Stipulated Motion to Extend Time to Respond to Defendant's Motion to Suppress and to Extend Pretrial Motions Deadline (Dkt. 32). The United States and Defendant Barrera propose that the United States' response deadline to Defendant Barrera's Motion to Suppress (Dkt. 30) be extended from September 9, 2008, to October 1, 2008. The United States and Defendant Barrera also request an extension to file pretrial motions from September 2, 2008, to September 16, 2001. Pursuant to Defendant's motion and for good cause, and in the interest of the orderly progression of the case, the deadline

ORDER - 1

to file the United States' response to Defendant Barrera's Motion to Suppress is extended to October 1, 2008, and the deadline for the filing of pretrial motions is extended to September 16, 2001, for all parties.

DATED this 8th day of September, 2008.

BENJAMIN H. SETTLE
United States District Judge

ORDER - 2